1   **CAROL ANN MOSES #164193**
    Attorney at Law
2   575 East Alluvial, Ste. 105
    Fresno, California 93720
3   Telephone: (559) 449-9069
    Facsimile:  (559) 513-8530
4

5   Attorney for Defendant, MICHELLE MAZZETTI

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )      CASE NO. 6:11-mj-00090-MJS
                                       )
12                                     )      STIPULATION BETWEEN PARTIES
                                       )      TO WAIVE APPEAL RIGHTS
13                    Plaintiff,        )      IN EXCHANGE FOR DISMISSAL
                                       )      OF COUNT 4 - DISORDERLY
14       vs.                           )      CONDUCT, UNREASONABLE
                                       )      NOISE; PROPOSED ORDER THEREON
15  MICHELLE MAZZETTI,                 )
                                       )
16                    Defendant.        )
                                       )
17  _____   )

18

19        IT IS HEREBY STIPULATED by and between the Defendant, MICHELLE MAZZETTI,

20  her Attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park

21  Service, SUSAN ST. VINCENT, that pursuant to Rule 48 of the Federal Rules of Criminal

22  Procedure,  and by leave of the Court endorsed hereon, the government recommends dismissal

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1   with prejudice of Count 4 of the Criminal Complaint; a violation of 36 CFR 2.34(a)(3) -

2   Disorderly Conduct - Unreasonable Noise.  The parties further stipulate any and all appeal rights

3   will be waived as to every count charged in the criminal complaint.

4   Dated: July 18, 2012                               /s/ Carol Ann Moses
                                                        CAROL ANN MOSES
5                                                       Attorney for Defendant,
                                                        MICHELLE MAZZETTI
6

7   Dated: July 18, 2012                               /s/ Susan St. Vincent
                                                        SUSAN ST. VINCENT
8                                                       Legal Officer
                                                        National Park Service
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                                       ORDER

2         The Court, having reviewed the above request HEREBY ORDERS AS FOLLOWS:

3 The Stipulation of the parties is not acceptable to the Court and is rejected. The Court's Order

4 signed May 17, 2012 (ECF No. 26) stands as the Court's ruling in this case. The Clerk of the

5 Court is directed to set a date for sentencing.

6

7 IT IS SO ORDERED.

8 Dated:    July 20, 2012           /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28