Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: 209-372-0241

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT, ) | CASE: 6:11-MJ-00090-MJS |
| Plaintiff, ) | |
| vs. ) | STIPULATION TO CONTINUE DATE SET FOR SENTENCING; AND ORDER THEREON |
| MICHELLE MAZZETTI, ) | |
| Defendant. ) | |
| ) | Court: U.S. Magistrate |
| ) | Judge: Honorable Michael J. Seng |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, Defendant, Michelle Mazzetti, and her attorney of record, Carol Ann Moses, that the sentencing currently set for July 26, 2012 be continued to August 8, 2012 at 1:30 p.m.

Dated: July 25, 2012        /s/ Susan St. Vincent
                            Susan St. Vincent
                            Acting Legal Officer for
                            National Park Service

Dated: July 25, 2012        /c/ Carol Ann Moses
                            Carol Ann Moses
                            Attorney for
                            Michelle Mazzetti

\*\*\*ORDER\*\*\*

The Court, having reviewed the above request to continue date for sentencing, HEREBY ORDERS AS FOLLOWS:

1. The sentencing in the above referenced matter currently scheduled for July 26, 2012 is continued to August 8, 1012 at 1:30 p.m.

IT IS SO ORDERED.

Dated: July 25, 2012

/s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE